### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHESTER D. PRATT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CIV-13-1210-R |
| | ) |
| BOARD OF COUNTY | ) |
| COMMISSIONERS OF THE COUNTY | ) |
| OF OKLAHOMA, *ET AL.*, | ) |

### JUDGMENT

Judgment is hereby entered in favor of the Defendants.

ENTERED this 15th day of December, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE