IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHESTER D. PRATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-2013-1210-R |
| | ) | |
| (1) BOARD OF COUNTY | ) | |
| COMMISSIONERS OF THE COUNTY | ) | |
| OF OKLAHOMA, a political subdivision, | ) | |
| And | ) | |
| (2) BRIAN JASPER, in his official | ) | |
| capacity as Superintendent for | ) | |
| OKLAHOMA COUNTY DISTRICT | ) | |
| NO. 1, | ) | |
| | ) | |
| Defendants. | ) | |

JOURNAL ENTRY OF JUDGMENT

**NOW** on this 23rd day of MARCH, 2015, Plaintiff Chester Pratt, by and through his counsel, Cynthia Rowe D'Antonio, 400 N. Walker Avenue, Suite 100, Oklahoma City, Ok. 73102, and the Defendants Board of County Commissioners of Oklahoma County, a political subdivision, and Brian Jasper, in his individual capacity, by and through their attorney of record Sandra Howell-Elliott, Assistant District Attorney, appear after having reached settlement of the issues at hand, with no liability admitted on behalf of any of the Defendants named herein. The Court finds that the Board of County Commissioners of Oklahoma County has authorized a settlement in the case herein in the amount of Eighty Thousand Dollars and No Cents ($80,000.00) in favor of the Plaintiff for pain and suffering, with a judgment only against the Board of County Commissioners of Oklahoma County, and with Plaintiff dismissing with prejudice any and all claims and

appeals against the Board of County Commissioners of Oklahoma County, and Defendant Brian Jasper, in his individual capacity, and Chester Pratt taking immediate and permanent retirement from Oklahoma County.

The parties outlined above agree that the said amount of Eighty Thousand Dollars and No Cents ($80,000.00) shall be the only judgment as against the Board of County Commissioners of Oklahoma County, and/or any other Defendant named herein, in connection with the above-styled case.

This Journal Entry of Judgment is a judgment, the terms of which are outlined above, and said judgment constitutes full and complete accord and satisfaction as to any and all claims of whatever kind or nature, derivative or otherwise, including but not limited to, claims of pain and suffering, wages, emotional distress, loss of consortium by any person, costs of any kind, fees of any kind, attorney fees of any kind, medical expenses of the past, present or future, and any and all expenses of any kind incurred, or anticipated or ever expected concerning this matter, as to the plaintiff, his heirs or assigns, or potential plaintiffs or by any claimant on behalf of Chester Pratt.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Chester Pratt, recover judgment against the Board of County Commissioners of Oklahoma County in the sum of Eighty Thousand Dollars and No Cents ($80,000.00), to settle any and all claims, and that the Plaintiff, Chester Pratt shall dismiss with prejudice any and all claims and appeals pending against the Defendant Board of County Commissioners of Oklahoma County and Defendant Brian Jasper, in his individual capacity, and Chester Pratt shall retire immediately and permanently from employment


with Oklahoma County.

The Court orders the Board of County Commissioners of Oklahoma County to pay such judgment, and orders the plaintiff, by and through counsel, to comply with the conditions outlined above.

IT IS SO ORDERED THIS 23rd DAY OF MARCH, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

**APPROVED BY:**

**/s/ Chester D. Pratt**_____
Plaintiff Chester Pratt

/s/ *Cynthia Rowe D'Antonio*_____

Ms. Cynthia Rowe D'Antonio
Green, Johnson, Mumina & D'Antonio
400 North Walker Avenue, Suite 100
Oklahoma City, OK 73102
*Attorney for Plaintiff*

 /s/ Sandra Howell-Elliott_____
Sandra Howell-Elliott, OBA #11175
Assistant District Attorney
320 Roberts S. Kerr Ave., Suite 505
Oklahoma City, OK 73102
(405) 713-2303
*Attorney for Defendants Board of County Commissioners of Oklahoma County, and Brian Jasper, in his individual capacity.*