FILED  
United States Court of Appeals  
Tenth Circuit  

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**April 21, 2015**

**Elisabeth A. Shumaker**  
**Clerk of Court**

_____

CHESTER D. PRATT,

    Plaintiff - Appellant,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF OKLAHOMA, a political subdivision; BRIAN JASPER, in his individual capacity,

    Defendants - Appellees.

No. 15-6006  
(D.C. No. 5:13-CV-01210-R)  
(W.D. Okla.)

_____

## ORDER
_____

The captioned appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1.

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk