# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　　April 21, 2015　　　　　　　Chris Wolpert
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk


Mrs. Cynthia Rowe D'Antonio
Green, Johnson, Mumina & D'Antonio
400 North Walker Avenue, Suite 100
Oklahoma City, OK 73102

Ms. Sandra G. Howell-Elliott
Oklahoma County District Attorney
320 Robert S. Kerr Avenue, Suite 505
Oklahoma City, OK 73102

Ms. Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:　　15-6006, Pratt v. Board of County Commissioners, et al**
　　　　Dist/Ag docket: 5:13-CV-01210-R

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/sls